## Commonwealth *v.* Popowicz, Appellant.

Argued November 15, 1972. *Stanton D. Levenson* and *Carl Max Janavitz*, with them *Watzman, Levenson & Snyder*, and *Janavitz, Janavitz & Kanfoush*, for appellant; *Robert L. Campbell*, Assistant District Attorney, with him *Robert L. Eberhardt*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The record is remanded to the court below for resentence under the Act of April 14, 1972, P. L. 165, 35 P.S. 780-101 to 780-143. See *Commonwealth v. Simpson*, 222 Pa. Superior Ct. 296, 294 A. 2d 805 (1972).